UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>D-1   HUI WEN WENG, a/k/a "PHOEBE" WENG<br><br>Defendant.<br>_____/ | Case: 2:21−cr−20349<br>Assigned To : Parker, Linda V.<br>Referral Judge: Patti, Anthony P. Assign.<br>Date : 5/24/2021<br>Description: INFO USA v WENG (sk)<br><br>VIOLATIONS: 8 U.S.C.<br>§1324a(a)(1)(A); 8 U.S.C.<br>§1324a(f)(1) |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNTS ONE-TWO: (Unlawful Employment of Alien(s) - *8 U. S. C.*
*§1324A(a)(1)(A) and §1324(f)(1))*

D-1   HUI WEN WENG, a/k/a "PHOEBE" WENG

On or about the dates listed below, in the Eastern District of Michigan and elsewhere, the defendant, HUI WEN WENG, also known as "PHOEBE" WENG, engaged in a practice and pattern of hiring for employment in the United States certain aliens whose identities are known to the grand jury, as specified in the table below, knowing that said aliens were unauthorized aliens (as defined in Title 8 United States Code, Section 1324a(a)(h)(3)), with respect to such employment.

1

| Count | Alien | Location | Dates |
|-------|-------|----------|-------|
| 1 | Carlos Hernandez-Perez | Hibachi Grill & Buffet, Westland, MI | Approx. Sept 2017-March 2018 |
| 2 | Esau Hernandez-Perez | Hibachi Grill & Buffet, Westland, MI | Approx. Sept 2017-March 2018 |

All in violation of Title 8, United States Code, Sections 1324A(a)(1)(A) and 1324(f)(1).

## FORFEITURE ALLEGATIONS
(Criminal Forfeiture - 18 U.S.C. § 982(a)(6)(A)(ii)(I)-(II))

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I)-(II), and Federal Rule of Criminal Procedure 32.2.

Pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(I)-(II), upon conviction of Counts One and Two in violation of 8 U.S.C. §1324A(a)(1)(A) and §1324(f)(1), the defendant shall forfeit to the United States of America her interest in any property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly from the offense of conviction, and/or property used to facilitate the offense of conviction.

Forfeiture includes, but is not limited to, the forfeiture of the following:

2

- $16,247 in U.S. currency constituting currency seized from Hibachi Grill during the execution of a search warrant on or about March 2018, and currently held in escrow by defendant; and

- Real property located at 25275 John Hauk, Westland, Michigan.

If any of the property described above, as a result of any act or omission

of the defendant:

     a.     cannot be located upon the exercise of due diligence;
     b.     has been transferred or sold to, or deposited with, a third party;
     c.     has been placed beyond the jurisdiction of the court;
     d.     has been substantially diminished in value; or
     e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p).

SAIMA S. MOHSIN
Acting United States Attorney

s/JONATHAN GOUDLING
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9100
Jonathan.goulding@usdoj.gov

s/TIMOTHY P. MCDONALD
Assistant United States Attorney
211 West Fort Street, Ste.2001
Detroit, MI 48226
(313) 226-0221
timothy.mcdonald@usdoj.gov

s/SUSAN E. FAIRCHILD
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
(313) 226-9577
susan.fairchild@usdoj.gov

Dated: May 21, 2021

3

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>21-cr-20349 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v.  Hui Wen WENG, a/k/a "Phoebe" Weng

**County where offense occurred :**  Wayne

**Check One:**   ☒ **Felony**        ☐ **Misdemeanor**        ☐ **Petty**

_____ Indictment/ ✓ Information --- **no** prior complaint.

_____ Indictment/_____ Information --- based upon prior complaint [**Case number:**                     ]

_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 21, 2021
Date

s/Susan Fairchild

Susan Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:  (313) 226-4678
E-Mail address: susan.fairchild@usdoj.gov
Attorney Bar #:  P41908

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.